# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Seizure of:<br>**Funds up to $296,574.04 in Great Southern Bank account number 3708044503, in the name of Ozark Valley Medical Clinic LLC (OVMC)** | 21-SW-2075-DPR |

## MOTION FOR ORDER TO UNSEAL

The United States of America, by and through its undersigned counsel, hereby moves for an order directing the unsealing of certain documents relating to a seizure warrant and order in the Western District of Missouri, the above captioned case, for the purpose of disclosure in the prosecution of *United States v. Patricia Ashton Derges*, case number 21-03016-01-CR-S-BCW and because the reasons for sealing no longer apply. In support thereof, the United States respectfully suggests the following:

1. Upon application filed by the Government in case number 21-SW-2075-DPR, the Court authorized the seizure of funds up to $296,574.04 in Great Southern Bank account number 3708044503, in the name of Ozark Valley Medical Clinic LLC (OVMC).

2. The application, affidavit, and order filed as to the warrant were sealed because the investigation was ongoing. The investigation is ongoing, but the reasons to seal no longer exist.

WHEREFORE, the United States respectfully moves for an order directing that the application, affidavit, order, and any other related documents, be unsealed.

Respectfully submitted,

Teresa A. Moore
Acting United States Attorney

By  */s/ Shannon T. Kempf*
Shannon T. Kempf
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511